### The Libel W<sup>M</sup> Averill vs Sloop *Merrimack*

Being read. Plea to the Jurisdiction being read. And was overrul'd by the Court. Plea to Issue Viz<sup>t</sup> W<sup>m</sup> Corp was sworn. John Fairchild was also sworn. Ravil Munrow was also sworn. James Morris was also sworn. Hez<sup>h</sup> Carpenter was also sworn. And after sundry Debates the Court was adjourned untill further notice

M<sup>r</sup> Averill appeared in the Rrs office this Sixth day of Sep<sup>t</sup> 1750. And satisfied Costs